No. 02–5085.  GILBERT, AKA SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–5086.  HANDAKAS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 02–5087.  HICKLER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–5088.  GIMOTTY v. ELO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–5089.  ARTIS BEY v. BRITTON-JACKSON, WARDEN, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 02–5090.  BRANCH v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–5092.  HEMMINGS v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 02–5093.  BENJAMIN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–5094.  BAYONA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 02–5095.  BRACY v. SCHOMIG, WARDEN; and
No. 02–5098.  COLLINS v. WALLS, WARDEN.  C. A. 7th Cir. Certiorari denied.  Reported below: 286 F. 3d 406.

No. 02–5099.  HALL v. MOSELY, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–5100.  HALL, AKA VALERIANO v. UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 02–5101.  HOPKINS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–5102.  BORTH v. WALKER ET AL.  Ct. App. Tex., 7th Dist.  Certiorari denied.

No. 02–5103.  BUCHANAN v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.